Jasmine Zheng et al., Appellants, v City of New York et al., Respondents.

Submitted May 29, 2012; decided May 31, 2012

Motion by Sanctuary for Families et al. for leave to file a brief amici curiae on the appeal herein granted and the proposed brief is accepted as filed. Two copies of the brief must be served and 19 copies filed within seven days.